UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAAD BASHIR,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>DEREK DEPIERO, in personam; THE F/V DR. JACK, Official Number 615597, HER ENGINES, MACHINERY, APPURTENANCES and CARGO, in rem,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-00068-TL<br><br>ORDER TO SHOW CAUSE |

　　This matter is before the Court on its own motion. On January 16, 2024, Plaintiff filed this action (Dkt. No. 1) and summons was issued the following day (Dkt. No. 2). Pursuant to Rule 4, unless service was waived, Plaintiff had 90 days to serve Defendant with process to avoid dismissal, proof of which must be made by filing an affidavit of service on the docket. Fed. R. Civ. P. 4 (l)–(m). Plaintiff's deadline to serve was April 15, 2024, but proof of service has not been filed and Defendant has not yet appeared. By rule, if Plaintiff failed to meet the specified deadline, the Court may either dismiss the action with prejudice or order that service be made

ORDER TO SHOW CAUSE - 1

within a specified time. Therefore, the Court ORDERS Plaintiff to show cause for failing to serve process by **no later than Friday, May 10, 2024**. Plaintiff may respond by filing proof of service within the specified deadline or proof of waiver per Rule 4. Alternately, if additional time to serve is required, Plaintiff may respond by showing good cause to extend the service deadline. *See* Fed. R. Civ. P. 4(m) ("[I]f the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). Failure to respond as directed will result in the dismissal of this action without prejudice. *Id.*

Dated this 25th day of April 2024.

Tana Lin
United States District Judge